Sanfilippo v Bohme (2023 NY Slip Op 04905)

Sanfilippo v Bohme

2023 NY Slip Op 04905

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023

PRESENT: SMITH, J.P., LINDLEY, MONTOUR, OGDEN, AND GREENWOOD, JJ. (Filed Sept. 29, 2023.) 

MOTION NO. (208/23) CA 22-00230.

[*1]MICHAEL SANFILIPPO, PLAINTIFF-RESPONDENT,
v
DAVID J. BOHME, MICHAEL CANNAN, ALSO KNOWN AS MICHAEL CANNON, RICHARD M. BOHME, DEFENDANTS-APPELLANTS, ET AL., DEFENDANTS.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.